7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Jaime Scott Farao
*Debtor*

*Bankruptcy Case No.*
12–50112–jwv7

**United States Trustee**
   Plaintiff(s)

*Adversary Case No.*
12–05017–jwv

v.

**Jaime Scott Farao**
   Defendant(s)

# JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Jerry W. Venters , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: that the discharge of Jamie Scott Farao be, and hereby is, DENIED; and it is further
ORDERED, ADJUDGED AND DECREED that each party shall bear its own costs

Ann Thompson
Court Executive

By: /s/ Jamie Hinkle
   Deputy Clerk



Date of issuance: 11/1/12

Court to serve